656

SECOND DEPARTMENT, FEBRUARY, 1974

(February 4, 1974)*

■    In the Matter of DAVID HOOL, JR., Petitioner, v. HAROLD E. COLLINS, Judge of the County Court, Nassau County, et al., Respondents.— Proceeding, pursuant to article 78 of the CPLR to prohibit the respondents from barring

*Not printed with other decisions of February 4, 1974, 43 A D 2d 938 [Rep.——

a certain portion of the general public from a criminal trial now in progress, wherein petitioner is the defendant. Application denied, and proceeding dismissed, on the merits, without costs. Shapiro, Acting P. J., Cohalan, Christ and Munder, JJ., concur.